IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1558

KALEA AINE, Plaintiff

v.

MICHELLE BARNES, et al.

APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Kalea Aine, Plaintiff.

Respectfully submitted on this 21st day of June 2023.

/s/ Kristine L. Brown
**Kristine L. Brown**
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Phone Number: (720) 285-9552
E-mail: kristiburtonbrown@gmail.com