Print Review Section                                                                              12/19/19, 3:17 PM

Print

## Online Complaint Submission

Board/Program to file Complaint with: Psychologists

✓ Individual

**Name:** Julie Van Heyningen
**Company:**
**License:** PSY.0002342

**Address**
- Address 1: Colorado Family Center, P.c.
- Address 2: 11 W. Dry Creek Circle-Suite 140
- City: Littleton
- State: CO
- Zip Code: 80120
- Home Phone:
- Work Phone: (303) 794-7761
- Email: *******@*********.***

## Your Information

**Name:** ████████████



**Address**
- Address 1: ████████████
- Address 2:
- City:
- State:
- Zip Code:
- Home Phone:
- Email:

## Online Complaint - Complaint Form

**1. Did you select "File Anonymously" on the previous page?**

If "Yes" then you will not be required to complete the contact information questions below. However, it is important to note, that complaints filed anonymously have a more difficult time having a case initiated and are more difficult to investigate because there is frequent need for more information and communication from the board. If you selected "File Anonymously" on the previous page and wish to change your response, you may do so here by selecting "No" and entering your contact information.

No

**2.**

- If you said "No" to File Anonymously, please enter your full name:

Print Review Section                                                                              12/19/19, 3:17 PM

3. ▇▇▇▇▇▇▇▇▇▇

   - If you said "No" to File Anonymously, please enter your contact phone number:

   ▇▇▇▇▇▇▇▇▇▇

4.

   - If you said "No" to File Anonymously, please enter your contact email address:

   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. Are you filing this complaint on behalf of someone else?
   No
6.

   - If you said "Yes" you are filing on behalf of someone else, please enter their full name, your relationship to them and the year of birth of that person:

   Question not answered

7. Enter the date(s) of the incident(s). If the incident occurred multiple times, please separate all dates by a comma:
   3/25, 3/26, 3/29, 4/11/19

8. You may type out in the form the event(s) that occurred to you, or if you feel you need more space you may upload a document describing the event(s). Select which option you prefer:
   Enter text into form

9.

   - If you selected "Enter text into form", please provide a description of the event(s) that occurred to you. Make sure to be as detailed as possible and include dates and locations where appropriate:

To whom it may concern: I am writing to file a formal complaint and violation of the license of Dr. Julie Van Heyningen, PSY.0002342. Dr. Julie Van Heyningen was hired and paid in full by my ex-husband ▇▇▇▇▇▇▇▇ to complete a PRE (Parental Responsibilities Evaluation) in the fall of 2016. Dr. Julie Van Heyningen completed her report in the Spring of 2018. I agreed to her recommendations of 50/50 custody while my ex-husband disagreed with her recommendations and asked for full custody of our 3 daughters. All three of our daughters have made multiple allegations of sexual abuse against their father. On 2/22/19 a Dependency & Neglect Petition was filed. A subpoena was sent to Dr. Julie Van Heyningen on 3/25/19. Dr. Van Heyningen produced the document on 3/26/19 without informing the parties. Dr. Van Heyningen produced the PRE report too early, this was not permitted under C.R.C.P. 45, and was an unauthorized disclosure of privileged records under C.R.C.P. 45. I was not informed of her release of the report that contained sensitive, personal information. A violation of HIPPA may have occurred with requirements of law under 45 CFR 164.5129(c)(1)(i) and in relation to subsection (c)(2) considering the duties to inform the individual. Without consent, Dr. Van Heyningen, appeared as a witness on 4/11/19 and the PRE report authored by her was used and submitted as evidence. The privileged, confidential information was read by seven jury members of the community at large. Dr. Van Heyningen gave testimony in a proceeding and offering negative information about me that was not relevant to why she was hired to write the report, and showed bias. The therapist hired as the PRE is hired to determine what is in the best interests of the

children and is not to share the privileged, confidential information without consent of the parties. Under 14.10.127: (8) All evaluations and reports, including but not limited to supplemental evaluations and related medical and mental health information, that are submitted to the court pursuant to this section shall be deemed confidential without the necessity of filing a motion to seal or otherwise limit access to the court file under the Colorado rules of civil procedure. An evaluation or report that is deemed confidential under this subsection (8) shall not be made available for public inspection without an order of the court authorizing public inspection. I ask that this matter be investigated. Sincerely ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10.

- If you selected "Upload document", please upload your description of the event (s) that occurred to you. Make sure your document is as detailed as possible and includes any dates or locations as appropriate:

Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

11. Were there any witnesses to the event(s) that occurred to you? This would include other professionals, family members, other clients, etc.
    Yes

12.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and email address as available) of the witness(es) below:

Joe Pickard joe@lawpickard.com Jay Pickard jay@lawpickard.com 303-989-6655

13. Have you filed any of the below regarding the event(s)?:

- A police report or law enforcement
- A complaint with another office/agency
- An Expert Review or third party investigator

No

14.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and email address as available) of the investigator(s)/expert(s) AND any case number(s) you may have related to the investigation:

Question not answered

15. Have you retained an attorney regarding the event(s)?
    No

16.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and email address as available) of the attorney(s) representing you:

Question not answered

17. Do you have any additional documentation you can provide to the Division that would be helpful to us in investigating your complaint. These documents can include but are not limited to:

- Police Reports
- Medical Records
- Witness Statements
- Letters or Other Correspondence
- Contracts
- Photos of Incident(s)

Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

Dr. Julie Van Heyningen - Trial Subpoena.pdf

Dr. Julie Van Heyningen.pdf

18. Please enter today's date to serve as your complaint submission date:
12/19/2019

Online Complaint - HEALTHCARE Release Form

19. By selecting "Yes" below, you authorize the release of medical records and information pertaining to the client/patient provided by any treating health care provider, hospital, pharmacy or other facility. The records and information may be released to the Department of Regulatory Agencies (DORA) and investigators of the Division or Professions and Occupations (DPO) and others directly involved in the review process.

By authorizing the of release of medical records you agree that:

- You understand this authorization is voluntary;
- You understand that the release of these records and this information is for the purpose of investigation and proceedings involving issues relating to the complaint I have submitted to DORA and may include my personal records;
- You further consent to the use of these records in a criminal investigation or proceeding by any law enforcement agency against the Health Care provider who is the subject of my complaint; AND
- You understand that DORA may use its subpoena authority to obtain records it deems necessary to investigate the complaint.

Additionally, you understand that this release **DOES NOT INCLUDE** records of identity, diagnosis, prognosis or treatment maintained in connection with the performance of any program or activity relating to alcoholism or alcohol abuse education, training, treatment, rehabilitation, or research, which is conducted, regulated, or directly or indirectly assisted by any department or agency of the United States.

IMPORTANT NOTICE: An answer of "No" **DOES NOT** limit the Division's authority to obtain documents, however, it may delay the investigation of your complaint.

No

20.

- If you said "Yes" above, **AND** you are filing this complaint on behalf of someone else, you agree that you have the authority to authorize the release of these records by selecting one of the options below :

Question not answered

21.

- If you selected "Legal Power of Attorney" above, please provide a copy of the legal document(s) showing your power of attorney.

    Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

Print Review Section                                                                                              12/11/19, 1:06 PM

Print

## Online Complaint Submission

Board/Program to file Complaint with: Social Work

✔ Individual

**Name:** Barbara Shindell
**Company:**
**License:** CSW.00992841

---Address---
**Address 1:** 7430 E Caley Ave Ste 130
**Address 2:**
**City:** Centennial
**State:** CO
**Zip Code:** 80111-6716
**Home Phone:**
**Work Phone:** (303) 779-9797
**Email:** *********@*******.***

## Your Information

**Name:** [REDACTED]

---Address---
**Address 1:** [REDACTED]
**Address 2:** [REDACTED]
**City:** [REDACTED]
**State:** [REDACTED]
**Zip Code:** [REDACTED]
**Home Phone:** [REDACTED]
**Email:** [REDACTED]

## Online Complaint - Complaint Form

**1. Did you select "File Anonymously" on the previous page?**

If "Yes" then you will not be required to complete the contact information questions below. However, it is important to note, that complaints filed anonymously have a more difficult time having a case initiated and are more difficult to investigate because there is frequent need for more information and communication from the board. If you selected "File Anonymously" on the previous page and wish to change your response, you may do so here by selecting "No" and entering your contact information.

No

**2.**

- If you said "No" to File Anonymously, please enter your full name:

Print Review Section                                                                                                    12/11/19, 1:06 PM

3. ▇▇▇▇▇▇▇▇

- If you said "No" to File Anonymously, please enter your contact phone number:

▇▇▇▇▇▇▇▇

4.

- If you said "No" to File Anonymously, please enter your contact email address:

▇▇▇▇▇▇▇▇

5. Are you filing this complaint on behalf of someone else?
   No
6.

- If you said "Yes" you are filing on behalf of someone else, please enter their full name, your relationship to them and the year of birth of that person:

Question not answered

7. Enter the date(s) of the incident(s). If the incident occurred multiple times, please separate all dates by a comma:
   1/24/19, 2/22/19, 2/23/19, 2/25/19, 2/27/19, 3/14/19, 3/23/19, 4/11/19.

8. You may type out in the form the event(s) that occurred to you, or if you feel you need more space you may upload a document describing the event(s). Select which option you prefer:
   Enter text into form

9.

- If you selected "Enter text into form", please provide a description of the event(s) that occurred to you. Make sure to be as detailed as possible and include dates and locations where appropriate:

To whom it may concern: The following information is to make a formal complaint and report of violation of the license of Barbara Shindell, LCSW, 992842. Barbara Shindell was hired by my family in May of 2018 as a family therapist. Pursuant to regulations 12-245-216. Mandatory disclosure of information to clients (IV) The information provided by the client during therapy sessions is legally confidential in the case of licensed marriage and family therapists, social workers, professional counselors, and psychologists; licensed or certified addiction counselors; and registered psychotherapists, except as provided in section 12-245-220 and except for certain legal exceptions that will be identified by the licensee, registrant, or certificate holder should any such situation arise during therapy; and 12-245-220. Disclosure of confidential communications. Ms. Shindell provided an Informed Consent When Providing Professional Services: Under Roles and Boundaries, she clearly states she cannot make parenting time recommendations, and can only serve one role. Ms. Shindell cannot serve simultaneously in multiple roles, particularly, if these create a conflict of interest. For example, Ms. Shindell cannot serve both as a therapist and as an evaluator. She also provided the mandatory disclosure with confidentiality requirements. Barbara Shindell violated confidentiality of family therapy, lied about her sharing confidential information and acted in a dual role by giving evaluative opinions that have devastated my 3 daughters as well as had a devastating ripple effect on many loving friends, neighbors and family members in relationship with our family. She also gave an evaluative opinion for our children to change

https://apps.colorado.gov/dora/licensing/Activities/PrintReview.aspx?OT=100&LicID=909625&Step=4        Page 2 of 5

schools in August of 2019 outside of her role as a family therapist. Barbara Shindell's actions have hurt children and kept an investigation of child sexual abuse from happening. She spoke with an attorney of law, Joe Pickard, and admitted she broke confidentiality and gave evaluative opinions which was outside the scope of her role as a family therapist. She lied about having contact with anyone involved with the Arapahoe County Social Services team, breaking her confidentiality agreement. In emails dated after 2/22/19, Barbara Shindell stated that she had no contact with anyone regarding a D&N filed on 2/22/19 and no contact with anyone since December, but evidence from the Arapahoe County Human Services showed that she attended a meeting on 1/24/19 to discuss our family. Documentation of the emails can be provided. Please see below the insert from ACDHS records showing her attendance at a meeting on 1/24/19. FROM THE ACDHS RECORDS: 01/24/2019 Summary Time 11:30 am Status Completed Participants Cheryl Evans - Collateral Detective Fehringer - Collateral Detective Shannon Jones - Collateral Sungate Kids - Collateral Cassy Mayber - Collateral Barbara Shendel - Collateral Completed By Morgan Baptist Contact Type Face to Face (Community) I ask that this matter be investigated and that Joe and Jay Pickard of Pickard law be contacted as witnesses, 303-989-6655. ACDHS records, copies of emails exchanged with Barbara Shindell indicating her dishonesty, signed informed consent forms and confidentiality agreements provided by Barbara Shindell to our family, and motion to change schools with recommendations from Barbara Shindell will be provided. Sincerely,

10.

- If you selected "Upload document", please upload your description of the event (s) that occurred to you. Make sure your document is as detailed as possible and includes any dates or locations as appropriate:

  Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

11. Were there any witnesses to the event(s) that occurred to you? This would include other professionals, family members, other clients, etc.
    Yes

12.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and email address as available) of the witness(es) below:

  Joe Pickard joe@lawpickard.com Jay Pickard jay@lawpickard.com 303-989-6655

13. Have you filed any of the below regarding the event(s)?:

    - A police report or law enforcement
    - A complaint with another office/agency
    - An Expert Review or third party investigator

    No

14.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and

Print Review Section						12/11/19, 1:06 PM

email address as available) of the investigator(s)/expert(s) AND any case number(s) you may have related to the investigation:

Question not answered

15. Have you retained an attorney regarding the event(s)?
No

16.

- If you said "Yes" above, please enter the name(s) and contact information (phone number and email address as available) of the attorney(s) representing you:

Question not answered

17. Do you have any additional documentation you can provide to the Division that would be helpful to us in investigating your complaint. These documents can include but are not limited to:

- Police Reports
- Medical Records
- Witness Statements
- Letters or Other Correspondence
- Contracts
- Photos of Incident(s)

Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

18. Please enter today's date to serve as your complaint submission date:
12/11/2019

Online Complaint - HEALTHCARE Release Form

19. By selecting "Yes" below, you authorize the release of medical records and information pertaining to the client/patient provided by any treating health care provider, hospital, pharmacy or other facility. The records and information may be released to the Department of Regulatory Agencies (DORA) and investigators of the Division or Professions and Occupations (DPO) and others directly involved in the review process.

By authorizing the of release of medical records you agree that:

- You understand this authorization is voluntary;
- You understand that the release of these records and this information is for the purpose of investigation and proceedings involving issues relating to the complaint I have submitted to DORA and may include my personal records;
- You further consent to the use of these records in a criminal investigation or proceeding by any law enforcement agency against the Health Care provider who is the subject of my complaint; AND
- You understand that DORA may use its subpoena authority to obtain records it deems necessary to investigate the complaint.

Additionally, you understand that this release **DOES NOT INCLUDE** records of identity, diagnosis,

prognosis or treatment maintained in connection with the performance of any program or activity relating to alcoholism or alcohol abuse education, training, treatment, rehabilitation, or research, which is conducted, regulated, or directly or indirectly assisted by any department or agency of the United States.

IMPORTANT NOTICE: An answer of "No" <u>DOES NOT</u> limit the Division's authority to obtain documents, however, it may delay the investigation of your complaint.

No

20.

- If you said "Yes" above, <u>AND</u> you are filing this complaint on behalf of someone else, you agree that you have the authority to authorize the release of these records by selecting one of the options below :

Question not answered

21.

- If you selected "Legal Power of Attorney" above, please provide a copy of the legal document(s) showing your power of attorney.

    Select the "Choose File" button to search for the scanned document(s) on your computer. After deciding which document to use, select the "Upload Document" button to complete uploading the document(s).

To whom it may concern,

This is an addendum, to a complaint filed against Barbara Shindell CSW.00992841 on 12/11/19.

Ms. Shindell reportedly shared the information in the complaint with County Attorney for Arapahoe County, Kristi Erickson, and GAL, Sarah Yarbrough. Please see below for statements made in Response to Mother's Motion filed 12/19/19 by Ms. Erickson and Ms. Yarbrough.

A consumer has a right to file a complaint, and should not be retaliated against for doing so.

The original complaint on 12/11/19 was filed after waiting for a court ordered evaluation to be completed. The evaluation was completed and released on 12/2/19.

On June 10th 2019, it was decided by the court that I would no longer participate in family therapy with Barbara Shindell based on her violation of confidentiality.

All releases with Ms. Shindell were revoked earlier in 2019, she has now reportedly shared the information in the complaint.

Please use this information to incorporate into your investigation of Ms. Shindell. Thank you.

Sincerely,

10. Notably, the children might be forcefully disrupted from family therapy with their Father. Reportedly, Mother lodged a DORA complaint against Barbara Shindell, alleging ethical violations dating back to February of 2019. This complaint corresponds with the Department revisiting the idea of Mother also using Barbara Shindell as a family therapist.

11. The GAL and Department are concerned that Mother's complaint against the children's family therapist is another attempt to manipulate unfavorable life circumstances to the detriment of her children.