| | |
|---|---|
| Colorado Court, Court of Appeals<br>Court Address: 2 East 14th Ave, Denver, CO 80203 | |
| Appeal from District Court, Arapahoe County State of Colorado<br>The Honorable Natalie T. Chase, District Court Judge<br>Trial Court Case Number 2019JV158<br><br>**Petitioner-Appellee:**<br>People of the State of Colorado,<br><br>**In the Interest of Children:** ███████████<br><br>**and Concerning**<br><br>**Respondent-Appellant:** ████ | COURT USE ONLY |
| **Attorney for Respondent-Appellant:**<br>Pickard Law, P.C.<br>(Joe Pickard/Jay Pickard/Kevin Massaro/Jennifer Gehring)<br>12712 W. Ken Caryl Ave.<br>Littleton, Colorado 80127<br>Phone Number: 303/989-6655<br>E-Mail: law@lawpickard.com<br>Fax Number: 303/989-6773<br>Atty. Reg. #: 12476/40304/24682/29323 | Case No:<br>19CA1161 |
| **APPELLANT'S AMENDED OPENING BRIEF** | |

# TABLE OF CONTENTS

CERTIFICATE OF COMPLIANCE……………………………………………2

TABLE OF CONTENTS……………………………………………………6

TABLE OF AUTHORITIES……………………………………………7

ISSUES PRESENTED FOR REVIEW………………………………...10

THE OF THE CASE APPEALED……………………………………...10

SUMMARY OF ARGUMENT…………………………………………...13

ARGUMENT…………………………………………………………...14

I. The trial court erred by allowing evidence from a 2017 Dependency proceeding in this 2019 Dependency proceeding…………………......14

II. The trial court erred in appointing the same Guardian *ad litem* in the case where such Guardian *ad litem* had previously demonstrated bias to the Respondent Mother…………………………………………………….25

III. The trial court erred in allowing the Jury to consider the Parental Responsibilities Evaluation ("PRE") from the previous dissolution of marriage action……………………………………………………….27

IV. The trial court erred in allowing only one third of the peremptory challenges to the Respondent Mother…………………………………36

V. The trial court erred in ordering two (2) advisory witnesses by the Petitioner/DHS……………………………………………………….37

VI. The trial court erred in demonstrating a cumulative lack of fairness and impartiality to the Respondent Mother…………………………..……...38

CONCLUSION…………………………………………………..……...40

A judge shall act at all times in a manner that promotes public confidence in the independence, integrity, and impartiality of the judiciary, and shall avoid impropriety and the appearance of impropriety.  Colorado Code of Judicial Conduct, Rule 1.2.

The Court injecting itself personally into the matter by sending out subpoenas, ostensibly *sua sponte*, for two expert witnesses.

Any remedy this appellate court creates cannot include a return to the same courtroom where the problems occurred but instead, must include a remand back to a different court.

## CONCLUSION

The trial court made several reversible errors in both its application of the law and its trial management.  Ultimately, the court's conduct also evidenced a cumulative lack of fairness and impartiality to the Respondent Mother.  For these reasons, Respondent Mother is requesting that this Court reverse the trial court findings and remand for further proceedings including appointment of a new unbiased judicial officer.

By: _____

Joe Pickard, #12476
Attorney for Appellant

40

## CERTIFICATE OF SERVICE

I certify that on _Sept 27_, 2019, a true and correct copy of the

foregoing **APPELLANT'S AMENDED OPENING BRIEF** was served on the

following via CCES e-filing, facsimile, e-mail, hand-delivery and/or being placed

in the U.S. Mail, first class postage prepaid, as indicated:

*Via E-Filing\* and U.S. Mail:*
Douglas County District Court
4000 Justice Way
Castle Rock, CO 80109
*\*a copy of this notice was filed into the
District Court case*

*Via U.S. Mail and Email:*

*Via E-Filing:*
Kristi Erickson, Esq.
Assistant Count Attorney
Attorney for Petitioner

Sarah Yarbrough, Esq.
GAL

Alison A. Bettenberg, Esq.

41