R347

**Colorado Department of Human Service**
**Trails System Report**
**Division of Child Welfare**

**Referral/Assessment Summary**

## REFERRAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Referral ID:** | 2961574 | **Date Received:** | 04/24/2019  3:50 PM | **County:** | Arapahoe |
| **Referral Name:** | ▇▇▇▇ | **Entered By:** | Jones, Stephanie | **Worker:** | Inbox, County |
| **Referral Type:** | PA5 - Child Protection | **Directions:** | | **Phone #:** | |
| **Referral Reason:** | Emotional Abuse/Neglect Injurious Environment Sexual Abuse | | | **Address:** | ▇▇▇▇ |

**Reporter Name:** ▇▇▇▇

## REFERRAL ACCEPTANCE

**Disposition:** Not Accepted for Assessment   **Reason:** Current allegations have previously been assessed

**Prior Referral Search Results**     **Total Accepted:** 3    **Total Screened Out:** 3
Visiun: Unknown; CBMS: None; Trails: 6 prior referrals from 6/2017-4/2019, case 1890983 currently open to Marika Quinn

**Approved By**   **Date Approved**   **Additional Comments**
Carrie Gillit   04/26/2019

## NARRATIVE

Family is known to Trails and was added to demographics. The family has an open case in Arapahoe County so the report will be sent there.
Household ▇▇▇▇ father of children, alleged perpetrator
Family primary language: EnglishFamily ethnicity: CaucasianDoes the family have Native American/Alaskan Native affiliation?
UnknownCurrent location of the child: At home with grandfatherDate child was last seen by RP: 4/24/19Custodial arrangement: Biological mother is allowed supervised visitiation, ▇▇▇▇
Child ▇▇▇▇. No known developmental delays or physical handicaps.
Tangible and Family/Community SupportsUnknown how long the family has lived in the community. There are supports for the family in the area, grandfather. Unknown if the family receives public assistance. Employment is unknown for the family.
Parent/Caretaker Delays, Handicaps, and Competency ConsiderationsNo known physical handicaps or developmental delays.
Safety ConcernsUnknown if there are any environmental hazards in the home that impact the child or worker's safety.Unknown if there is drug use. There is previous police and DHS involvement in the home.
Narrative
There has been a lot of previous DHS involvement with this family.
There is allegations of sexual abuse with ▇▇▇▇ in the past and emotional abuse with ▇▇▇▇. Custody changed in December. They were going back and forth originally, but now they only have visitation with ▇▇▇▇ and it is supervised. The girls ta k about missing mom and how they want to see her more.
On 4/23/19, ▇▇▇▇ was very upset, she said she wanted to know why she couldn't see her mom anymore, she said she sees her only on Wednesday and Friday, and only for an hour. When ▇▇▇▇ was asked if she was afraid to go home she said no and then asked for a hug.She then said that she was mostly upset because she said that she didn't get to go to Mass on Easter. She said that because she was with her dad,they had to go to a different church she said that he is a Christian. She said that she was mad, angry, and sad. It was suggested to ▇▇▇▇ that she should get a journal and write her feeling in it and give it to her counselor on Tuesday. ▇▇▇▇ finally calmed down and went back to class.
The next day ▇▇▇▇ was once again very upset and was not really eating even. At the end of the day she was talking to the RP and said that she got to see her mom today. When the RP said that was good news, ▇▇▇▇ then said that she would like them to keep her journal with them. The RP asked why and ▇▇▇▇ said that dad had ripped up and threw away a picture that her sister had drawn for her mother. The RP offered to keep the journal, and then ▇▇▇▇ told them "you can read it if you want."
The RP said that when they read the journal they were shocked and concerned. The Journal read: ▇▇▇▇

court system.

**Referral/Assessment Summary**

The case worker Morgan Vasquez was spoken to about the journal. She is with Arapahoe County. She said she was no longer the caseworker Marika Quinn, has taken over the case, Morgan said she would speak to her as well.

Solutions/Next Steps

The RP would like the county to be aware of the journal. This is the first time she has disclosed anything to anyone at school.

When asked to rate the safety of the home and the child the RP gave an unknown.

Phone numbers ▮▮▮▮▮▮▮▮▮▮▮  Morgan Vasquez: 303-636-1144, 720-926-4889

At 4:23 PM the HCCC sent an email notification to Arapahoe County that Ref # 2961574 was taken by the HCCC and the referral will appear in their county Trails inbox awaiting confirmation of receipt

## REFERRAL FRAMEWORK

| Date | Framework Type | Location | Purpose |
|---|---|---|---|
| 04/25/2019 | Other | Office | x |

### What Are We Worried About?  (Harm and Future Danger)

**Reason For Referral: Danger/Harm**

x

**Risk Statements**

x

**Complicating Factors / Child Vunerability**

x

### What Needs to Happen?  (Safety goals & steps in working toward safety)

**Cultural Considerations**

x

**Gray Areas / Questions**

x

**Next Steps**

x

**Goal Statements**

### What's Working Well?  (Strengths and Demonstrated Safety)

**Safety**

x

**Strengths / Protective Factors**

x

| Participant Name | Role | Status |
|---|---|---|
| Laura Diaz | Caseworker | Attended |

## CLIENT INFORMATION

▮▮▮▮▮▮▮▮▮▮

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117848 | ▮ | ▮ | ▮ | | ▮ | 03-415861-02 | Non-Custodial Parent |

| Address | Phone | Relationships |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

## Referral/Assessment Summary

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117852 | | 43 | Male | | | None Active | Alleged Perpetrator; Legal Custodian; Person Responsble for Care (PRFC) |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117851 | | 11.7 | Female | P425152 | | 03-415861-03 | Alleged Victim |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117850 | | 9.1 | Female | P425151 | | 03-415861-04 | Alleged Victim |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117849 | | 6.1 | Female | P425150 | | 03-415861-05 | Alleged Victim |

**Address**  **Phone**  **Relationships**

### REFERRAL/ASSESSMENT NOTES

**Date:** 4/24/19  4:23 pm   **Worker:** Jones, Stephanie   **Phase:** Referral

At 4:23 PM the HCCC sent an email notification to Arapahoe County that Ref # 2961574 was taken by the HCCC and the referral will appear in their county Trails inbox awaiting confirmation of receipt

**Date:** 4/24/19  5:43 pm   **Worker:** Mccune, Grace   **Phase:** Referral

printed and submitted for review

**Referral/Assessment Summary**

R347

**Colorado Department of Human Service**
**Trails System Report**
**Division of Child Welfare**

**Referral/Assessment Summary**

## REFERRAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Referral ID:** | 2959636 | **Date Received:** | 04/17/2019  6:23 PM | **County:** | Arapahoe |
| **Referral Name:** | ███████ | **Entered By:** | Pieper, Christopher | **Worker:** | Pieper, Christopher |
| **Referral Type:** | PA5 - Child Protection | **Directions:** | | **Phone #:** | 262-339-3455 - Primary |
| **Referral Reason:** | Injurious Environment  Sexual Abuse | | | **Address:** | Aurora, CO 80012 |

**Reporter Name:** ███████

## REFERRAL ACCEPTANCE

**Disposition:** Not Accepted for Assessment   **Reason:** No information available from reporter of abuse and neglect as defined in law

**Prior Referral Search Results**         **Total Accepted:** 0   **Total Screened Out:** 0

Visiun = 415861, CBMS = None, Trails Hx = 5 priors between 06/2017 and 12/2018, 3 assigned, Last Open Assessment on 12/19/2018 in Arapahoe County to Intake CW, Morgan Baptist with reported concerns on Emotional Abuse to ███████ by mom, ███████ FOUNDED, and UNFOUNDED Sex Abuse to ███████ Pattern of Sex Abuse. Current Open Permanency and Dependency and Neglect Case to Arapahoe County Permanency/Sex Abuse Recovery Team (SART) Caseworker, Marika Quinn.

**Approved By**       **Date Approved**    **Additional Comments**
Diane Ward            04/19/2019

## NARRATIVE

HOUSEHOLD COMPOSITION A (Names/DOB/School):
Mom: ███████

HOUSEHOLD COMPOSITION B:(Names/DOB/School): Dad: ███████

CUSTODY (Parenting Plan /Reason for any special parenting plans/Where the child is currently/When/If the child will return to other parent):
███ has full custody of all three children

REASON FOR REFERRAL (What Happened/When/Who was involved and last contact/On-Going or Isolated Event/Who else has info on this incident):

Open to Marika Quinn
On 12/18/2018 Arapahoe County Department of Human Services received a referral in regards to concerns that ███████ child, disclosed sexual abuse by ███ father.
-A forensic interview was denied due to already being interviewed in prior case (2017) with no new disclosures. All three children were interviewed in 2016 during the previous case with similar allegations. Lone Tree Detective spoke with the District Attorney who reported their office will be closing their investigation on ███████ The reason for this decision was due to a prior criminal and DHS case that was related to very similar allegations which were dismissed. Concerns surrounding the last case involved ███ disclosing that Mr. ███ ███████ ███████ and ███ disclosing her dad ███████ The prior intake caseworker had made a founded finding of sexual abuse to ███ by ███. ███ after the dismissal of the Dependency and Neglect Petition, appealed the finding which was successful.
-Concerns arose in regards to ███████ coaching the children to make the sex abuse disclosures leading to the Department filing a Dependency and Neglect, D&N in 2019.

Visit with MOC (mother of children) on 04-17-19

███████

**ID:** 2959636

**Referral/Assessment Summary**

abandon them and she loves them.



A.   Further Screening Questions

Are there any concerns about Domestic Violence in the home?
no
Has the family had any recent LE Involvement?
no
Are you concerned about possible substance use in the home?
no
Are there any safety concerns for CWs visiting the home?
no
Are any of the household members involved in the Military?
no
How would the family identify their race, ethnicity or culture?
Caucasian

B.   Solutions

Have any actions been taken to mitigate the concerns mentioned above?
All three children have made disclosures and have been forensically interviewed. FOC has cameras in his home due to the children making disclosures in the last case.

CULTURE (Race/Religion/Language/Tribal Affiliation/Refugee Status):
No known Native Tribal Affiliation, Refugee Status or Religious Involvement.
Family is Caucasian, English Speaking

| **CLIENT INFORMATION** |
|---|

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117848 | | | Female | | | 03-415861-02 | Non-Custodial Parent |

| Address | Phone | Relationships |
|---|---|---|

**Date/Time: 04/23/2019 1:14:01PM**    Page 2 of 4    **Referral ID: 2959636**

## Referral/Assessment Summary

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117852 | | 43 | Male | | | None Active | Alleged Perpetrator; Legal Custodian; Person Responsble for Care (PRFC) |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117851 | | 11.7 | Female | P425152 | | 03-415861-03 | Sibling |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117850 | | 9.1 | Female | P425151 | | 03-415861-04 | Sibling |

**Address**  **Phone**  **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117849 | | 6.1 | Female | P425150 | | 03-415861-05 | Alleged Victim |

**Address**  **Phone**  **Relationships**

### REFERRAL/ASSESSMENT NOTES

**Date:** 4/19/19 11:04 am   **Worker:** Pieper, Christopher   **Phase:** Referral
Printed and Submitted

**Date:** 4/19/19 11:04 am   **Worker:** Pieper, Christopher   **Phase:** Referral
Email sent to Open Permanency/Ongoing Caseworker, Marika Quinn in Arapahoe County

**Referral/Assessment Summary**

R347

**Colorado Department of Human Service**
**Trails System Report**
**Division of Child Welfare**

**Referral/Assessment Summary**

### REFERRAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Referral ID:** | 2959005 | **Date Received:** | 04/17/2019 6:38 PM | **County:** | Arapahoe |
| **Referral Name:** | ▉ | **Entered By:** | Mccune, Grace | **Worker:** | Mccune, Grace |
| **Referral Type:** | PA5 - Child Protection | **Directions:** | | **Phone #:** | ▉ |
| **Referral Reason:** | Sexual Abuse | | | **Address:** | Lone Tree, CO 00000 |
| **Reporter Name:** | ▉ | | | | |
| **Rep. Address:** | | | | | |

### REFERRAL ACCEPTANCE

**Disposition:** Not Accepted for Assessment  **Reason:** Current allegations have previously been assessed

**Prior Referral Search Results**   **Total Accepted:** 0   **Total Screened Out:** 0
Visiun: 415861; CBMS: None; Trails: 4 prior referrals from 6/2017-12/2018, case 1890983 currently open to Marika Quinn

**Approved By**   **Date Approved**   **Additional Comments**
Carrie Gillit          04/22/2019

### NARRATIVE

Intrafamilial Information:HOUSEHOLD COMPOSITION:



CUSTODY:
Dad has full custody of all 3 children. RP reports that there is an open case in Arapahoe County with Marika Quinn

REASON FOR REFERRAL:
RP reports ▉ supervised visit with the children tonight from 4-5pm. RP reports that the visit was recorded. RP reports that ▉ walked out of the room when ▉ started making this disclosure and Rachel (parenting time worker) heard the allegations.
RP reports that during the visit, ▉ reported that Dad is sexually assaulting her ▉. RP asked ▉ when this happened and ▉ said last night or the night before.
▉ has disclosed sexual abuse by Dad in the past. ▉ reported that Dad was ▉
RP reports that the older children did not say anything today but have made allegations in the past. RP reports that they were in December 2018 and July 2017.
The date, time and location the alleged victim child(ren) were last seen by the RP: Today 4-5pm
Have the concerns around abuse/neglect worsened, improved, or remained unchanged: Unchanged

ADULT FUNCTIONING: Dad has an alcohol problem
(DV Concerns/ Criminal involvement: Substance use; Nature of environment; Mental/Physical Health)
CHILD FUNCTIONING: All of the children attends ▉
(Mental/physical health concerns, special needs, behavioral concerns, impact to school/attendance concerns)
SAFETY CONCERNS: Dad owns a gun. RP is unsure if it is locked up
(weapons, gang affiliation, pest infestation, dangerous animals)
RACE/ETHNICITY/CULTURE/LANGUAGE: Family is Caucasian. English speaking. No known tribal affiliation or refugee status
MILITARY INVOLVEMENT: None known
STRENGTHS: None known
SERVICES: None known
SCALING QUESTION: 0
10-very safe, 0-very unsafe
IS THE FAMILY AWARE THAT THIS REFERRAL IS BEING MADE? (Are there any worries about them knowing about this referral? Are there any other individuals who may have information about the referral? If so, what is their contact information?) Rachel-parenting time worker
WHAT RESOURCES DO YOU HAVE THAT COULD HELP THIS FAMILY? NEXT STEPS ON YOUR END TO MAKE A POSITIVE IMPACT?
ANY SOLUTIONS?: RP told Rachel and made a report


## Referral/Assessment Summary

### CLIENT INFORMATION

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117848 | | | Female | | | 03-415861-02 | Non-Custodial Parent |

**Address** / **Phone** / **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117852 | | 43 | Male | | | None Active | Alleged Perpetrator; Person Responsible for Care (PRFC) |

**Address** / **Phone** / **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117851 | | 11.7 | Female | P425152 | | 03-415861-03 | Sibling |

**Address** / **Phone** / **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117850 | | 9.1 | Female | P425151 | | 03-415861-04 | Sibling |

**Address** / **Phone** / **Relationships**

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117849 | | 6.1 | Female | P425150 | | 03-415861-05 | Alleged Victim |

**Address** / **Phone** / **Relationships**

### REFERRAL/ASSESSMENT NOTES

**Date:** 4/17/19  7:02 pm    **Worker:** Mccune, Grace    **Phase:** Referral

printed and staffed with D Ward

**Referral/Assessment Summary**