**Colorado Department of Human Services**
**Trails System Report**
**Case Contact/Visitation Log**

| Case ID | Case Name | Current/Last Primary Worker | Filter |
|---|---|---|---|
| 1890983 | ▓▓▓▓ | Marika Quinn | Contacts between 2/1/2019 and 5/24/2019 ; |

...tated that the other parents were freaking out because the girls were late. ▓▓▓▓ stated it wasn¿t her fault. MOC reiterated that ...wasn¿t her fault and she needs to communicate with her dad. MOC stated next competition she will drop off the schedule so ...hat dad will know that the girls need to be dropped off at this time. MOC asked ▓▓▓▓ if she knew she needed by 530. ▓▓▓▓ ...alked about waiting for dad but he didn¿t come until 630. MOC reiterated that the girls needs to be there an hour in advanced. ▓▓▓▓ interrupted and asked if she heard that the wrong music came on for ▓▓▓▓
MOC brought up the cross again and if anyone said anything about it. The family talked about the cross.
...▓▓ asked MOC if her room is clean. MOC stated that her room is perfectly clean. ▓▓▓▓ was upset that guest that stayed in heir ▓▓▓▓ and ▓▓▓▓ friend slept in the bunkbeds.
...he family eat cake that MOC brought. ▓▓▓▓ talks a girl war at school and her friends at school/dance.
...OC directed the conversation to ▓▓▓▓ and what ▓▓▓▓ liked the most about dance. ▓▓▓▓ talked about dance/ costumes/ ...chool. The family talked more about the dance competition. MOC asked about her first communion. ▓▓▓▓ asked how many ...eats does she need to request. MOC stated she does not think that she will be able to come. ▓▓▓▓ was getting emotional and ...rying. MOC comforted her and stated she know this is important to her. MOC gave her a hug and comforted her. MOC asked if ▓▓▓▓ if she wanted to do her first communion still. ▓▓▓▓ was crying and stated she wanted MOC there. MOC stated that she vould never chose to miss this.
▓▓▓▓ stated Ms ▓▓▓▓ at school asked where was their mom and ▓▓▓▓ replied that they are in a divorce so she can¿t :ome. MOC asked who said that and ▓▓▓▓ reiterated ▓▓▓▓ sp?)MOC stated that¿s ok and they are friends. ▓▓▓▓ itated she asked when they were at the library.
1:29pm
...OC asked the children if they know why they are involved in social services and how they feel. The children stated no one has old them why they are here. MOC asked if they have any idea why they are here.
The children answer that they feel sad/ bad.
▓▓▓▓ stated You can¿t come to special things. Makes me sad and angry and we barely get to see you.
...OC stated that she loves being their mother and loves to hear about their lives and accomplishments. I will never abandoned ou. No matter what my heart is with you all the time and I miss you all the time and know who you are loved by you but I don¿t hink things are going to change because last time you went home but this time is different but they are going to be different for a vhile.
...OC talked about the bracelets and ▓▓▓▓ was very upset about losing her bracelet and FOC may have taken it. MOC stated hey will have messages to their heart. MOC stated she just wants them to be happy and be enjoying their lives. MOC asked if hey have been enjoying their lives. ▓▓▓▓ continues to cry and stated that she¿s not happy because MOC can¿t come to special hings.
4:33pm MOC stated Any idea why we wouldn¿t be able to be together?
▓▓▓▓ They think that you told us to say that he put his in mumbles and points to her mouth. MOC stated yes i have been accused of this. ▓▓▓▓ continued to cry and state that she wants to go to the court and tell them she didn¿t do it, you would never nake our decisions. MOC stated she wouldn¿t do that and she believes ▓▓▓▓ She just wants to them to tell the truth at all imes. MOC stated that she will never abandon them and she loves them.
The family was crying and they all shared a group hug.
▓▓▓▓ stated she is going to see if his car is out there and went to look out of the window.
MOC and ▓▓▓▓ talked about church and she got her a dress.
▓▓▓▓ cried more and was sad MOC could not come to church to say hi to them. MOC stated she is not going to be at the library or come to church. ▓▓▓▓ stated she is angry and she gets her tears out but she doesn¿t cry a lot. MOC stated she doesn¿t want hem to be sad and wants them to be happy. MOC talks about her daily prayers for them. ▓▓▓▓ stated she misses calling MOC. MOC stated she misses this too. The whole family sits on the couch and MOC comforts the children.
Mom stated they will make visits special. The girls continued to cry. Moc comforted the girls but was also emotional.
MOC stated other people miss them too.
MOC talked about all these people sent ▓▓▓▓ sent messages to you on your birthday. MOC stated they are so loved. The girls stated they want to go back home.
4:40 ▓▓▓▓ was crying hysterically: I¿m getting a cough again
 MOC: a cough from what?
 ▓▓▓▓ rom ▓▓▓▓ like from a long time ago. ▓▓▓▓ was hysterically crying.
MOC: he¿s doing this to you? When did this happen?
 ▓▓▓▓ yesterday night
MOC: I¿m going to get Rachael and they will come talk to you
 ▓▓▓▓ Do I have to talk about the ▓▓▓▓?
MOC: If that¿s the truth
The family sat in silence for a while. ▓▓▓▓ left the room to go to the bathroom and was gone for a while.
▓▓▓▓ stated that she missed her Z party because dad didn¿t read the emails and doesn¿t care. ▓▓▓▓ stated she wishes MOC

EXHIBIT "A"

R367

**Colorado Department of Human Services**
**Trails System Report**
**Case Contact/Visitation Log**

| Case ID | Case Name | Current/Last Primary Worker | Filter |
|---|---|---|---|
| 1890983 | ▮▮▮ | Marika Quinn | Contacts between 2/1/2019 and 5/24/2019 ; |

had the emails. ▮▮▮stated she has been thinking about what she is going to do for mother¿s day. MOC comforted her. ▮▮▮ asked if Rachael is coming. MOC stated I don¿t know. The family stayed on the couch hugging each other and not saying much. MOC stated she thinks about them every day. ▮▮▮talks about school and she doesn¿t like the babysitter because she makes her throw away trash and she doesn¿t like her son Mason because he messes up their couch. MOC stated they can just help clean it up.
MOC talks about Jesus being with the girls. ▮▮▮came back from the bathroom. And ▮▮▮looked out the window for FOC.
The family sat on the couch cuddling.
MOC and ▮▮▮talk about production. ▮▮▮stated that she thinks that dad took some of the birthday gifts. MOC stated he would want them to have this and don¿t think he did this. ▮▮▮cried and stated I know he did this. ▮▮▮talked about her birthday and she got $250 and some tiny pets.
MOC talks about GMOC coming down for her first communion.
▮▮▮was still upset and thought that FOC donated toys.
The family cleaned up the room and wrapped up the leftover food.
MOC and ▮▮▮went to the bathroom. ▮▮▮continued to cry in the bathroom. PTC Ryan told MOC that she would talk to her after the visit about next steps.
▮▮▮and MOC came back and MOC stated lets talk about three things they love about each other. The family talked about this until the end of the visit.
The family hugged each other and told MOC goodbye. PTC Ryan gave the girls instructions on what to do to prepare for Gus Gus

Goodbye/Transition:
The children hugged and kissed MOC goodbye.

PTC Ryan staffed this visit with Supervisor Berge and Supervisor Diane Ward.

PTC Ryan spoke to the children after their visit. All of the children were laughing and playing with the guinea pig. PTC Ryan stated that the visit seemed really emotional today. The girls were very interested in the guinea pig and not talking much to PTC Ryan. They agreed it was emotional. PTC Ryan asked ▮▮▮what she meant by her ▮▮▮stated he ▮▮▮ me. PTC Ryan asked what she meant by this. ▮▮▮stated she didn¿t understand and she didn¿t want to talk about this. We continued to talk about the guinea pig and feed him. ▮▮▮went with Supervisor Alyssa Berge and ▮▮▮and ▮▮▮stayed with PTC Ryan. PTC Ryan asked the older girls if they know what ▮▮▮was talking about when she was talking about a cough. Both children stated ▮▮▮hasn¿t talked to them about it and didn¿t know what she was talking about. At the end of the visit all the children ran towards Mr.▮▮▮car.

Comments on Feedback:
PTC Ryan stated she would be making a referral and stated MOC could also make one too.
Strengths:
MOC was able to manage all three children
MOC brought dinner and activities for the children to play
MOC didn¿t encourage ▮▮▮to continue talking about the sex abuse
Challenges:
▮▮▮cried throughout the visit. Small incidents seemed to have a large impact on her. This draws MOC¿s attention away from the other children. ▮▮▮does not cry during visits so it seems that she get less attention.
MOC questioned ▮▮▮about missing school and about being late to the dance competition. MOC seemed to add pressure to this situation adding that ▮▮▮ needs to communicate with FOC about being on time. This is complicating because this should be an adult issue and the children cannot control when they get to dance.
Trial verdict was on Friday and this was the first visit since MOC was adjudicated.

Safety Issues/Concerns/Critical Incidents:
MOC may be coaching the children about sexual abuse.
▮▮▮stated she had a couch from ▮▮▮▮▮▮like from a long time ago. The older girls did not know what ▮▮▮was talking about. This resulted in a referral.