R347

**Colorado Department of Human Service**
**Trails System Report**
**Division of Child Welfare**
**Referral/Assessment Summary**

## REFERRAL INFORMATION

| | | |
|---|---|---|
| **Referral ID:** 2975714 | **Date Received:** 06/05/2019  9:32 PM | **County:** Arapahoe |
| **Referral Name:** ▮ | **Entered By:** Allen, Kraynewskia | **Worker:** Allen, Kraynewskia |
| **Referral Type:** PA5 - Child Protection | **Directions:** | **Phone #:** 303-912-4997 - Primary |
| **Referral Reason:** Injurious Environment / Sexual Abuse | | **Address:** Aurora, CO 00000 |

**Reporter Name:** ▮

**Rep. Address:**

## REFERRAL ACCEPTANCE

**Disposition:** Not Accepted for Assessment    **Reason:** No current A/N allegation

**Prior Referral Search Results**    **Total Accepted:** 3    **Total Screened Out:** 4

V- 415861; CBMS- Open for Medical Assistance; TRAILS: 7 Prior referrals between 06/2017 and 06/2019. Current open traditional case, #1890983 Open to Marika Quinn.

**Approved By**    **Date Approved**    **Additional Comments**
Carrie Gillit    06/06/2019

## NARRATIVE

HOUSEHOLD COMPOSITION (separate households, school for each child, contacts for each parent, any other adults/children in the home)
Mother: ▮    DOB: Unknown
Biological Father: ▮    DOB: Unknown
Child: ▮    DOB: Unknown age 11
Child: ▮    DOB: Unknown age 9
Child: ▮    DOB: Unknown age 6

GAL: Sarah Yarbrough
CW: Unknown

CUSTODY: Children are living with their father and have supervised visits with their mother.

REASON FOR REFERRAL: RP reported that the family is not involved with the Tennyson Center.

RP reported that the information is mostly hearsay but she is concerned so she wanted to report it. RP reported that she ▮

RP stated that she learned that mom custody was removed because she was coaching the children ▮ has expressed she does not feel safe with her dad. RP stated that she heard that ▮ told her school counselor that she was abused at home. ▮ attends ▮ and her counselor is Becky. Rp stated that ▮ has been talking a lot about sex recently. ▮ has made accusations that her dad put ▮ ▮ RP stated that she heard that from someone else.

RP stated that she has her own issue with dad and know that it is not abuse but she just wanted to report everything at once. RP stated that dad have been saying that the Dance studio is kicking the girls out but that is not true. RP reported that the girls have been coming to dance crying because of this. RP stated that the last dance class is tomorrow. The recital is this weekend but dad has told the girls that they are not participating in the recital. RP stated that she is concerned that she will not see them any longer, before she would see them at ▮. RP and the studio are trying to make sure that the girls can participate in the recital.

RP reported that dad has been picking up the girls over an hour late, sometimes as late as 10 pm. RP stated that this has happened multiple times. RP reported that sometimes the girls come to dance for 5 and 6 hours and dad does not send them with a snack or money after they have constantly reminded the parents.

RP stated that she does know that Sara have talked to the receptionist a lot and Sara lied to the mother about what was said. RP reported that in order for the girls to participate in recital they must not owe any money but because of the situation the girls are going through they are able to participate and the studio wanted to set up a payment plan later. The family owes about $10,000. RP stated that the GAL told mom that the children could not participate until dad pays.

## Referral/Assessment Summary

RP stated she spoke to ▮ tonight and she was crying. RP gave ▮ her number. RP stated that she asked ▮ if she felt safe going home and she said no. RP stated that ▮ said she did not want to talk about why she does not feel safe.

RP stated that she has not talked to ▮ or ▮ about the situation. ▮ has not been at the studio in a while because she has been visiting her mother.

The date, time and location the alleged victim child(ren) were last seen by the RP: RP last saw ▮ today an hour ago. RP last saw ▮ about 3 weeks ago. RP last saw ▮ on Saturday.

RP reported that practice is 5 days a week.

RP stated that she has heard from a lot of people that the mother cares a lot about her children and is a loving and caring mother.

Have the concerns around abuse/neglect worsened, improved, or remained unchanged: RP stated that it has been getting worse.

Domestic Violence Concerns/Any concerns regarding the interactions between caregivers: RP reported no current concerns of DV.

Law enforcement contact or police report number for incident: No. RP stated that the family already has a team working with them but does not feel enough is being done in the interest of the children and would like fresh eyes.

Drug/alcohol use and extent of use:  RP reported she is not aware of any.

Any environmental hazards in the family's home (vicious animals, criminal activity, **weapons** in the home) RP stated that she was told that the mother hired a private investigator and it was found that ▮ is involved in a sex trafficking ring but it was not able to be used in court because of how it was investigated.

Mental or Physical Health issues for caregiver: None that RP is aware of.

Are there any other individuals who may have information about the referral? If so, what is their contact information? ▮ RP stated that this is who she has been getting information from.

CHILD FUNCTIONING:  (Developmental Disability / Special Needs / Behavioral Concerns / Impact on child/School) None for any of the children.

COMMUNITY SUPPORTS / SERVICES: (Therapy, family/friend supports, religious affiliations, medical insurance)

Unknown support besides the studio.

Contact information for collateral agencies and others involved with the family: Impact Academy- 303-699-8130

FAMILY COPING/STRENGTHS: RP stated that the kids are bright, happy, and talented. RP stated the sisters really care about each other and have a good relationship. ▮ does leave class to call her mother frequently.

MILITARY INVOLVEMENT: None known by RP

RACE/ETHNICITY/CULTURE/LANGUAGE (Any tribal affiliation or Native American heritage): Family is English speaking. Family is Caucasian. No known Native American Heritage, Tribal affiliation or refugee status.

Is the family aware that this referral is being made? (Are there any worries about them knowing about this referral?) No. RP stated that she would not mind the mother knowing and she does not trust the father.

Interventions taken by rp: Given you have a relationship with the child(ren), what resources or services do you have to help this child/family? How can you make a positive impact for the child and continue to support them? RP reported that she is a support system by being a positive reinforcement. RP stated that being there for them. Also pulling ▮ aside and giving her RP's number.

Solutions-- Possible solutions for resolving the presenting problem: RP stated that she would like someone else looking into it and the girls in a different placement. RP stated that there are supports at the studio that will take them in temporarily.

Wrap-Up-- Scaling Question: On a scale of 0-10, 10 being very safe with no concerns and 0 being very dangerous, how would you rate the level of safety in the home for this child? RP stated that due to the amount of molestation concerns that have been reported she would rate the safety at a 0.

**REFERRAL FRAMEWORK**

## Referral/Assessment Summary

| **REFERRAL FRAMEWORK** | | | |
|---|---|---|---|
| **Date** | **Framework Type** | **Location** | **Purpose** |
| 06/06/2019 | RED Team | Office | Red Team |

### What Are We Worried About?
### (Harm and Future Danger)

**Reason For Referral: Danger/Harm**
On 06/05/19 a concerns were reported of Sexual Abuse. by ▉▉▉▉▉▉▉▉▉▉▉.
▉▉▉▉ has been talking a lot about ▉▉▉ and she has stated that her father put his ▉▉▉▉▉▉▉▉▉
FOC has picked the girls up past 10 pm. Sometimes the girls come to dance without snacks or money.
The family owes 10k to the dance studio.
Marika emailed the red team, MOC got very angry and lost control yesterday. MOC is very close with the teachers at the dance studio.

**Risk Statements**
(comments disabled)

**Complicating Factors / Child Vulnerability**
Vulnerable child due to age
Trails: 7 priors 6/17-4/19 only 3 assigned. 1 founded 7/17 for sexual abuse to ▉▉▉▉ by FOC. There is a Founded 12/18 for emotional abuse. Inconclusive in 2017.
Co Courts:
FOC
98 Name change & 16 divorce
MOC 16 divorce, 19 D&N
Denver
FOC
06 infraction
MOC
none

### What Needs to Happen?
### (Safety goals & steps in working toward safety)

**Cultural Considerations**
White and English speaking

**Gray Areas / Questions**
RP ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. MOC's custody was removed and ▉▉▉▉▉ said that she does not feel safe at home with her dad because he abuses her.
Rp stated, "I have my own issues with dad."
FOC has stated that the dance studio is kicking the girls out, and that is not true.
FOC has told the girls that they cant participate in the recital.

**Next Steps**
Team discussed referral. Supervisor Janie Prewitt came to the red team. MOC is coaching the children to say that FOC has molested. The 10 k owed to the dance studio is the underlining factor. MOC was at a visit just last night and stated that FOC has financial issues. Furthermore, per Janie, FOC never trafficked anyone. MOC is upset because the girls cannot participate in the dance recital.  Sign off. Code: Allegations  previously assessed and no information available from reporter of abuse/neglect  as defined by law.
SupervisorJason Lester and Janie Prewitt was present for Red Team and approves all decision made by team

**Goal Statements**

### What's Working Well?
### (Strengths and Demonstrated Safety)

**Safety**
None identified

**Strengths / Protective Factors**
RP has heard that MOC cares about her children.
The young ladies are bright, happy and talented.
They are bonded.
▉▉▉▉▉ leaves class and communicates with her mother regularly.

| **Participant Name** | **Role** | **Status** |
|---|---|---|
| Brianne Paz | Caseworker | Attended |

## Referral/Assessment Summary

### REFERRAL FRAMEWORK

| | | |
|---|---|---|
| Milagros Mendoza | Administrative Professional | Attended |
| Adrienne Melby | Administrative Professional | Attended |
| Jason Lester | Supervisor | Attended |
| Janie Prewitt | Supervisor | Attended |

### CLIENT INFORMATION

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117848 | ███ | ███ | Female | | | 03-415861-02 | Non-Custodial Parent; Non-Custodial Parent |

**Address:** ███  **Phone:** ███  **Relationships:** ███

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117852 | ███ | 43 | Male | | | None Active | Alleged Perpetrator; Alleged Perpetrator |

**Address:** ███  **Phone:** ███  **Relationships:** ███

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117851 | ███ | ███ | Female | P425152 | | 03-415861-03 | Alleged Victim; Sibling |

**Address:** ███  **Phone:** ███  **Relationships:** ███

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117850 | ███ | ███ | ███ | P425151 | | 03-415861-04 | Alleged Victim; Sibling |

**Address:** ███  **Phone:** ███  **Relationships:** ███

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117849 | ███ | ███ | ███ | P425150 | | 03-415861-05 | Alleged Victim; Alleged Victim |

**Address:** ███  **Phone:** ███  **Relationships:** ███

**Referral/Assessment Summary**

# Referral/Assessment Summary

R347

## Colorado Department of Human Service
## Trails System Report
## Division of Child Welfare
## Referral/Assessment Summary

### REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| **Referral ID:** 2981254 | **Date Received:** 06/27/2019 12:55 | **County:** Arapahoe |
| **Referral Name:** ▮ | **Entered By:** Pieper, Christopher | **Worker:** Pieper, Christopher |
| **Referral Type:** PA5 - Child Protection | **Directions:** | **Phone #:** |
| **Referral Reason:** Sexual Abuse | | **Address:** Aurora, CO 80012 |

**Reporter Name:** ▮

### REFERRAL ACCEPTANCE

**Disposition:** Not Accepted for Assessment  **Reason:** No current A/N allegation

**Prior Referral Search Results**   **Total Accepted:** 0   **Total Screened Out:** 0

V- 415861; CBMS- Open for Medical Assistance; TRAILS: 8 Prior referrals between 06/2017 and 06/2019. Current open traditional case, #1890983 Open to Marika Quinn.

**Approved By:** Carrie Gillit   **Date Approved:** 07/01/2019   **Additional Comments**

### NARRATIVE

**Open to Marika Quinn**
On 12/18/2018 Arapahoe County Department of Human Services received a referral in regards to concerns that ▮ child, disclosed sexual abuse by ▮ father.
-A forensic interview was denied due to already being interviewed in prior case (2017) with no new disclosures. All three children were interviewed in 2016 during the previous case with similar allegations. Lone Tree Detective spoke with the District Attorney who reported their office will be closing their investigation on Mr. ▮. The reason for this decision was due to a prior criminal and DHS case that was related to very similar allegations which were dismissed. Concerns surrounding the last case involved ▮ disclosing that ▮ ▮ and ▮ disclosing her dad ▮ The prior intake caseworker had made a founded finding of sexual abuse to ▮. ▮ after the dismissal of the Dependency and Neglect Petition, appealed the finding which was successful.
-Concerns arose in regards to ▮ coaching the children to make the sex abuse disclosures leading to the Department filing a Dependency and Neglect, D&N in 2019.
There is a pattern of the children disclosing around large decision making times and when talking about going home.
**Visit with MOC (mother of children) on 06/21/19**
During the end of visit with MOC, ▮ was crying and talking about wanting to come home with MOC. MOC stated that she wants her home too. ▮ stated that she was happy to get a break from FOC ▮ MOC asked what happened and ▮ stated she gets a break from FOC doing that stuff. MOC stated when did you get a break from that. ▮ stated that she is getting ▮ because FOC is on a business trip and out of town. ▮ asked when did that happen. ▮ stated When he left now I get a break. Tonight or the night before. MOC hugged ▮ MOC stated she believes her and ▮ stated no one believes me but you. MOC stated she believes her and the family started to clean up the craft. MOC hugged and rocked ▮ then talked about how sad she was by not taking the swim test and the other girls got to take the swim test. ▮ came in the room and did not hear this disclosure as ▮ was getting Gus Gus the therapeutic guinea pig to end the visit and walking to the room. ▮ debriefed with the children about how the visit went and the children were playing with Gus Gus and did not report anything during this time.
▮ was made aware of the disclosure by MOC by email on 06/26/19. ▮ reviewed the video and is making this report.

**A.   Further Screening Questions**

Are there any concerns about Domestic Violence in the home?
no
Has the family had any recent LE Involvement?
no
Are you concerned about possible substance use in the home?
no
Are there any safety concerns for CWs visiting the home?

## Referral/Assessment Summary

no
Are any of the household members involved in the Military?
no
How would the family identify their race, ethnicity or culture?
Caucasian

### B. Solutions

Have any actions been taken to mitigate the concerns mentioned above?
All three children have made disclosures and have been forensically interviewed. FOC has cameras in his home due to the children making disclosures in the last case.

---

**REFERRAL FRAMEWORK**

| Date | Framework Type | Location | Purpose |
|---|---|---|---|
| 06/30/2019 | RED Team | Office | RED Team |

**What Are We Worried About?**
**(Harm and Future Danger)**

**Reason For Referral: Danger/Harm**
On 06/27/2019, a ▮▮▮▮▮ reported concerns of ▮▮▮▮▮ Allegations that during a parenting time visit, ▮ made comments that she was glad to get a break from dad ▮▮▮▮▮

**Risk Statements**
(comments disabled)

**Complicating Factors / Child Vulnerability**
Vulnerable child due to age (6 years old).  In December 2018, ACDHS got a report that ▮▮▮▮ made allegations of sex abuse by ▮▮  There were no forensic interviews completed due to there already being forensics completed in 2016 regarding similar concerns.  LE will be closing their investigation regarding ▮▮▮.  There have been founded findings in the past due to allegations of sex abuse.  ▮▮▮ppealed the finding, which was successful.  There were concerns that ▮▮▮▮ had coached the children.  This led to a D&N being filed.  There is a pattern of the children disclosing during decision making times and when they are talking about going home.  On 6/21/19, during the end of the visit, ▮▮▮ said she wanted to go home with mom.  She said she was happy to get a break from dad ▮▮▮▮▮▮▮▮▮▮▮▮▮ aid nobody believes her but mom.  Children did not report anything to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was made aware of the disclosure by ▮▮▮ through an email on 6/26/19.  ▮▮▮▮▮▮▮ reviewed the video.
TRAILS History: 8 prior referrals between 06/2017 and 06/2019, 3 assignments, 2 traditional cases between 07/2017 through now (Current CW is Marika Quinn on #1890983); first referral (06/2017) re: Sexual Abuse, most recent referral (06/2019) re: Sexual Abuse and Neglect-Injurious Environment, 2 founded allegations (12/2018 Founded Emotional Abuse to ▮▮▮▮▮▮▮▮▮▮ by ▮▮▮▮; 07/2017 Founded Sexual Abuse to ▮▮▮▮▮▮ pattern of Sexual Abuse, no history with parents as children found, no DYC cases.
CO Courts: ▮▮▮ Dissolution of Marriage 05/2016, Dependency and Neglect 02/2019. ▮ Name Change 05/1998, Dissolution of Marriage 05/2016.
Denver Courts: ▮▮▮ - No results found. ▮▮▮ Traffic Infraction 01/2006.

**What Needs to Happen?**
**(Safety goals & steps in working toward safety)**

**Cultural Considerations**
None identified.

**Gray Areas / Questions**
What did the video result in?  Was there a disclosure?
Is ▮▮ reporting a new incident or is she talking about something that was previously alleged and assessed?

**Next Steps**
Team discussed that although we can make assumptions about what ▮▮▮ means about dad ▮▮▮▮▮▮▮▮▮ it is not a clear sex abuse disclosure.  Team also discussed that this has been previously investigated and there is a current open permanency case in regards to the same allegations.  Team agrees that this does not meet criteria for a new assessment.  Sign off as reporting past incident of abuse/neglect, no current allegations.  Caseworker to continue to address the concerns in the open case with the family.  Associate to #1890983
Supervisor Katelyn Marry approved the RED Team decision and framework.

**Goal Statements**

---

## Referral/Assessment Summary

| REFERRAL FRAMEWORK |
|---|

### What's Working Well?
(Strengths and Demonstrated Safety)

**Safety**
None identified.

**Strengths / Protective Factors**
There are cameras in dad's home.

| Participant Name | Role | Status |
|---|---|---|
| Katelyn Marry | Supervisor | Attended |
| Chelsea Sweeney | Caseworker | Attended |
| Nicole Nina | Caseworker | Attended |
| Robin Niceta | Caseworker | Attended |

## CLIENT INFORMATION

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117848 | ▮ | ▮ | Female | ▮ | ▮ | 03-415861-02 | Non-Custodial Parent; Non-Custodial Parent |

**Address**: ▮
**Phone**: ▮
**Relationships**: ▮

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117852 | ▮ | ▮ | Male | ▮ | ▮ | None Active | Alleged Perpetrator; Alleged Perpetrator |

**Address**: ▮
**Phone**: ▮
**Relationships**: ▮

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117851 | ▮ | 11.8 | Female | P425152 | ▮ | 03-415861-03 | Alleged Victim; Sibling |

**Address**: ▮
**Phone**: ▮
**Relationships**: ▮

| Client ID | DOB | Age | Gender | State ID | SSN | Household # | Referral Roles |
|---|---|---|---|---|---|---|---|
| 3117850 | ▮ | 9.2 | Female | P425151 | ▮ | 03-415861-04 | Alleged Victim; Sibling |

**Address**: ▮
**Phone**: ▮
**Relationships**: ▮

## **Referral/Assessment Summary**

| **Client ID** | **DOB** | **Age** | **Gender** | **State ID** | **SSN** | **Household #** | **Referral Roles** |
|---|---|---|---|---|---|---|---|
| 3117849 | ■ | 6.3 | Female | P425150 | ■ | 03-415861-05 | Alleged Victim; Alleged Victim |

**Address**  
■

**Phone**  
■

**Relationships**  
■