From:                                                                 09/05/2019 14:06        #036 P.002/003

**Plaintiffs Exhibit 6**

## uchealth

Anschutz Cancer Pavilion
Dermatology Clinic

Mail Stop F703
1665 Aurora Ct. Suite 3004
Aurora, Co 80045

O 720.848.0500
F 720.848.0529

uchealth.org

September 4, 2019

To whom it may concern;

███████████████████ Caucasian female, with a 20 year history of Lymphomatoid Papulosis (LyP). LyP is a rare skin disorder that is characterized by crops of self-healing skin lesions that look cancerous under the microscope but are actually benign (non-malignant). Lesions contain unusual cells that are similar to those found in some lymphomas (cancers of the lymphatic system).

It is appropriate for someone with ███████ diagnosis to identify her LyP as a low grade cancer. The World Health Organization–European Organization for Research and Treatment of Cancer (WHO-EORTC) classification grouped LyP among the indolent cutaneous lymphomas. Classifying LyP as a cutaneous lymphoma is its association with other lymphoproliferative disorders, particularly the progression of LyP into frank lymphoma, that is, Hodgkin's disease, cutaneous T-cell lymphoma, or anaplastic large cell lymphoma.

Although her disease has been many years in remission, she is recently experiencing mild flaring, in the setting of personal stress (highly litigated divorce with custody issues and accusations of child abuse by former husband).

She reports that her rash is improved with respect to her last visit but that she continues to have rare appearance of asymptomatic papules here and there on her legs and that she correlates this with stressful events.

Stress is often reported to trigger eruptions of lesions. *Lymphomatoid Papulosis.* Cutaneous Lymphoma Foundation. *https://www.clfoundation.org/lymphomatoid-papulosis.*

███████ was last seen in March by me. A skin biopsy performed at that time which showed minimal perivascular inflammation and slight spongiosis however no clear evidence of Lymphomatoid Papulosis and certainly no findings to raise concern for transformation to cutaneous lymphoma. Peripheral blood sent for immunophenotyping, results from which were indeterminate.

It would be prudent for ███████████ not be involved in any stressful situations regarding the court system.

Sincerely,

███████████████████

Associate Professor of Dermatology
Cutaneous Lymphoma Clinic, Director

# AUTHORIZATION FOR RELEASE OF INFORMATION

| Provider: | Client: |
|---|---|
| [redacted]<br>Anschutz Cancer Pavilion, Dermatology Clinic<br>Mail Stop F703<br>1665 Aurora Ct., Suite 3004<br>Aurora, CO 80045 | [redacted] |

I request authorization for above named healthcare or mental health provider to release info specified below to Bettenberg, Maguire & Associates, LLC at 7009 S. Potomac Street, Suite 220, Centennial, CO 80112, (303) 952-4949. I release the person, agency, or institution from any and all liability for supplying such information. I understand the info to be release may include information regarding the following conditions:

| The type of information to be disclosed: | |
|---|---|
| o   Client's diagnosis of Lymphomatoid Papulosis | |

| The purpose of such disclosure: | |
|---|---|
| o   Understanding of LYP Diagnosis/cancer. | |

The designed information about me [ ] may [✓] may not be transmitted by fax, electronic mail or other electronic file transfer mechanism. Bettenberg, Maguire & Associates, LLC and the above designated provider [✓] may [ ] may not discuss by telephone the content of the information released.

This consent is in effect until October 1, 2019. I understand that I may revoke this authorization, in writing, at any time unless action based on it has already taken place.

I hereby release all parties stated here with from any liability resulting from the release of this information. I agree that a photocopy of this release shall be as valid as the original.

I further understand that the potential exists for re-disclosure of my private mental health information, and that it may no longer be protected under the HIPPA privacy regulations. This is to certify that I have given consent freely and voluntarily, and that the benefits and disadvantages or releasing the information, if know, have been explained to me.

Date 9/4/2019   Signature of Client/Parent/Guardian [redacted]