IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-01558-KLM**

K.A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of Colorado Department of Human Services, in her official capacity, *et. al.*,

    Defendants.

**ORDER GRANTING ACDHS DEFENDANTS' UNOPPOSED MOTION TO RESTRICT COMPLAINT UNDER LEVEL 1 RESTRICTION AND RESTRICT PUBLIC ACCESS**

This matter comes before the court on the ACDHS Defendant's Unopposed Motion to Restrict Complaint Under Level 1 Restriction and Restrict Public Access (the "Motion") filed on July 17, 2023. The Court, having reviewed the pleadings, the Court file, the applicable law, and otherwise being sufficiently advised in the premises, hereby GRANTS the Motion. The Court places the Complaint [Doc. #1] under a **Level 1 Restriction** and restricts access thereto by members of the public. The Court further amends the caption in this matter to change Plaintiff's name to K.A. instead of using her full name and orders all further pleadings in this matter refer to Plaintiff and her family members by their initials.

    DATED this ____ day of _____, 2023.

    BY THE COURT:

_____