IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-01558-KLM**

K. A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of Colorado Department of Human Services, in her official capacity, *et. al.*,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Rebecca M. Taylor, Senior Assistant County Attorney, Arapahoe County Attorney's Office, hereby enters her appearance in the above-captioned action on behalf of Defendants Arapahoe County Department of Human Services, Division of Child and Adult Protection Services, Michelle Dossey, Division Manager of the Arapahoe County Department of Human Services, and the Arapahoe County Board of County Commissioners. The undersigned further certifies pursuant to D.C.COLO.LAttyR 3 that she is a member in good standing of the Bar of this Court.

Submitted this 17th day of July, 2023.

                                              **Arapahoe County Attorney's Office**

                                              By: *s/ Rebecca M. Taylor*
                                              Rebecca M. Taylor
                                              Senior Assistant County Attorney
                                              5334 S. Prince Street
                                              Littleton, CO 80120-1136

Tele: 303-795-4639
E-mail: Rtaylor@arapahoegov.com

***Attorney for Defendants Arapahoe County Department of Human Services, Michelle Dossey, and the Arapahoe County Board of County Commissioners***

## Certificate of Service

This is to certify that on the 17th day of July, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Suzanne Taheri
st@westglp.com

Kristine L. Brown
kristiburtonbrown@gmail.com

*s/ Stacy Hines*
Stacy Hines, Paralegal
Arapahoe County Attorney's Office

2