IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01558-KLM

KALEA AINE,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of Colorado Department of Human Services, in her official capacity, ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD AND ADULT PROTECTION SERVICES, MICHELLE DOSSEY, Division Manager of the Arapahoe County Department of Human Services, Division of Child & Adult Protection Services, in her official capacity and the ARAPAHOE COUNTY BOARD OF COMMISSIONERS,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To: The clerk of court and all parties of record:

I, Allison Ailer, certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Michell Barnes in the above

captioned matter. All pleadings, correspondence, notices and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted this 20th day of July, 2023.

                PHILIP J. WEISER
                Attorney General

                s/ *Allison Ailer*
                ALLISON R. AILER
                Assistant Attorney General
                Civil Litigation & Employment Law
                  Section
                Tort Litigation Unit
                Ralph L. Carr Colorado Judicial Center
                1300 Broadway, 6th Floor
                Denver, Colorado 80203
                Telephone: (720) 508-6617
                Facsimile: (720) 508-6032
                Allison.ailer@coag.gov
                *Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **NOTICE OF ENTRY OF APPEARANCE** upon all parties herein by e-filing with the CM/ECF system maintained by the court and by depositing copies of same in the United States Mail, with postage prepaid, at Denver, Colorado, this 20th day of July, 2023 addressed as follows:

**Suzanne Taheri**
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
Phone Number: (303)263-0844
E-mail: st@westglp.com

**Kristine L. Brown**
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Phone Number: (720) 285-9552
E-mail: kristiburtonbrown@gmail.com

*Attorneys for Plaintiff Kalea Aine*

                                                            *s/Denise Munger*