IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-KLM

K.A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of the Colorado Department of Human Services, in her official capacity,
ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD & ADULT PROTECTION SERVICES,
MICHELLE DOSSEY, Division Manager of the Arapahoe County Department of Human Services, Division of Child & Adult Protection Services, in her official capacity, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Arapahoe County Department of Human Services, Michelle Dossey, and Arapahoe County Board of County Commissioners' **Unopposed Motion to Restrict Complaint Under Level 1 Restriction and Restrict Public Access** [#12] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy. However, the Court further finds that the parties have not shown that the less restrictive alternative of redaction is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 1**:[1] Complaint [#1].

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.

IT IS FURTHER **ORDERED** that, **no later than August 2, 2023**, the above-named Defendants shall file a public version of the Complaint [#1] which redacts **only** that information which affects the privacy interest of the family members implicated in this lawsuit.

IT IS FURTHER **ORDERED** that, for reasons stated in the Motion [#12] regarding the use of minor children and their family members' full names in cases involving allegations of sexual abuse, all future case captions and filings in this lawsuit shall reference Plaintiff as "K.A.", and the Clerk of Court shall amend Plaintiff's name on the electronic docket to refer only to "K.A."

IT IS FURTHER **ORDERED** that all further filings in this lawsuit shall refer to Plaintiff and her family members by their initials.

Dated: July 25, 2023