IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1558-KLM

**KALEA AINE**,
    Plaintiff,
v.

**MICHELLE BARNES**, Executive Director of Colorado Department of Human Services, in her official capacity; **ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD AND ADULT PROTECTION SERVICES, MICHELLE DOSSEY,** Division Manager of the Arapahoe County Department of Child & Adult Protection Services, in her official capacity, and the **ARAPAHOE COUNTY BOARD OF COMMISSIONERS**,
    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Michelle Barnes, in her official capacity as Executive Director of Colorado Department of Human Services.

    DATED: July 26, 2023.

                                           PHILIP J. WEISER
                                           Attorney General

                                           *s/* JENNIFER L. CARTY
                                           JENNIFER L. CARTY, #48991*
                                           Assistant Attorney General
                                           Colorado Attorney General's Office
                                           1300 Broadway, 6th Floor
                                           Denver, Colorado 80203
                                           Telephone: (720) 508-6471
                                           Email: jennifer.carty@coag.gov
                                           *Attorney for Defendant Barnes*

*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **ENTRY OF APPEARANCE** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on July 26, 2023, addressed as follows:

Suzanne Taheri
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
E-mail: st@westglp.com

Kristine L. Brown
8700 E. Jefferson Ave.
Denver, CO 80237
E-mail: kristiburtonbrown@gmail.com

*Attorneys for Plaintiffs*

Allison Alire
1300 Broadway
Denver, CO 80203
E-mail: Allison.alire@coag.gov

*Attorney for Defendant Barnes*

Rebecca M. Taylor
Writer Mott
Senior Assistant County Attorney
Arapahoe County Attorney's Office
5334 S. Prince St.
Littleton, CO 80120
Rtaylor@arapahoegov.com
Wmott@arapahoegov.com

*Attorney for Defendants Arapahoe County Department of Human Services, Michelle Dossey, and the Arapahoe County Board of County Commissioners*

                                                *s/* Bonnie Smith
                                                Bonnie Smith