IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-01558-KLM**

K.A.,

    Plaintiff

v.

MICHELLE BARNES, Executive Director
of Colorado Department of Human
Services, in her official capacity, *et. al.*,

    Defendants.

**UNOPPOSED MOTION FOR AN EXTENSION TO FILE A COMBINED RESPONSE
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, K.A., through counsel, hereby moves the Court to extend the deadline to submit her answer to the County Defendants' Motion to Dismiss until the 21-day deadline that will arise under D.C.COLO.LCivR 7.1(d) once the state defendant has submitted her Motion to Dismiss.

State Defendant's counsel has advised Plaintiff's counsel that she plans to submit a Motion to Dismiss on the same, but fewer, grounds that County Defendants have raised. Thus, in the interest of consolidating arguments and briefing to this Court, Plaintiff moves that the deadline for her response to the County Defendants be extended to match the deadline for the State Defendant and that she answer both motions in one answer.

This extension would only affect County Defendants, and Plaintiff's counsel conferred with their counsel, and they do not oppose this motion.

Respectfully submitted on this 28th day of July, 2023.

/s/ Kristine L. Brown
**Kristine L. Brown**
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Phone Number: (720) 285-9552
E-mail: kristiburtonbrown@gmail.com

/s/ Suzanne Taheri
**Suzanne Taheri**
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
Phone Number: (303)263-0844
E-mail: st@westglp.com

*Attorneys for Plaintiff K.A.*