IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-KAS

K.A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of the Colorado Department of Human Services, in her official capacity,
ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD & ADULT PROTECTION SERVICES,
MICHELLE DOSSEY, Division Manager of the Arapahoe County Department of Human Services, Division of Child & Adult Protection Services, in her official capacity, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Unopposed Motion for an Extension to File a Combined Response to Defendants' Motion to Dismiss** [#20] (the "Motion"). The County Defendants, consisting of Arapahoe County Department of Human Services, Michelle Dossey, and Arapahoe County Board of County Commissioners, filed a Motion to Dismiss [#10] on July 17, 2023. The remaining Defendant, Michelle Barnes, waived service, and her answer or other response to the operative complaint is due August 28, 2023. *See* [#7].

    In the present Motion [#20], Plaintiff states that Defendant Barnes' "counsel has advised Plaintiff's counsel that she plans to submit a Motion to Dismiss on the same, but fewer, grounds that County Defendants raised." Plaintiff further states that she intends to file a single brief that addresses the County Defendants' filed motion and Defendant Barnes' anticipated motion. Thus, Plaintiff seeks to extend her deadline to respond to County Defendants' Motion to match the deadline to respond to Defendant Barnes' motion. Specifically, Plaintiff seeks a response deadline of 21 days after Defendant Barnes' deadline to respond to the complaint. The County Defendants do not oppose the request.

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The deadline for Plaintiff to file a consolidated Response to the County Defendants' Motion to Dismiss

[#10] and to Defendant Barnes' motion to dismiss, if any, is extended to **September 18, 2023**.

Dated: August 14, 2023