IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-01558-KLM**

K. A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of Colorado Department of Human Services, in her official capacity, *et. al.*,

    Defendants.

---

**JOINT MOTION TO VACATE SCHEDULING CONFERENCE**

---

Defendants Arapahoe County Department of Human Services ("ACDHS"), ACDHS Division Manager Michelle Dossey, in her official capacity only, and the Arapahoe County Board of County Commissioners (collectively the "ACDHS Defendants"), Defendant Executive Director of the Colorado Department of Human Services Michelle Barnes ("Ms. Barnes"), in her official capacity only (collectively, "Defendants"), and Plaintiff K.A. ("Plaintiff") (collectively, the "Parties"), through their respective counsel, hereby jointly move to vacate the scheduling conference set in this matter for September 26, 2023 at 9:30 a.m. [Doc. #9]. In support, the Parties state:

    1.    On June 20, 2023, Plaintiff filed her Complaint [Doc. #1]. The Court set a Scheduling Conference in this matter for September 26, 2023 at 9:30 a.m. [Doc. #9].

    2.    The ACDHS Defendants filed a Motion to Dismiss on July 17, 2023 [Doc. #10], and Ms. Barnes intends to file a Motion to Dismiss as well.

2. On July 28, 2023, Defendants filed an Unopposed Motion to Stay and Vacate Scheduling Conference [Doc. #19].

3. The Court granted the Motion to Stay any discovery on July 31, 2023 [Doc. #22] pending resolution of the motions to dismiss, but did not address the impending Scheduling Conference.

4. Because the case is stayed, the Parties believe it is in the interest of judicial economy to vacate the Scheduling Conference, which would only serve to set deadlines that will not be met while discovery is stayed. Accordingly, the Parties request the current Scheduling Conference set for September 26, 2023 be vacated and reset for a time following the Court's ruling on Defendants' respective motions to dismiss.

5. There will be no undue delay to this litigation and no party will be prejudiced by the relief requested herein.

**WHEREFORE**, the Parties respectfully request that the Court vacate the scheduling conference pending resolution of Defendants' Motions to Dismiss.

Submitted this 14th day of August 2023.

| | |
|---|---|
| **Arapahoe County Attorney's Office** | PHILIP J. WEISER Attorney General |
| By:   *s/ Writer Mott* | By:   *s/ Allison R. Ailer* |
| Writer Mott | Aaron J. Pratt |
| Deputy County Attorney | Second Assistant Attorney General |
| Rebecca M. Taylor | Allison R. Ailer |
| Senior Assistant County Attorney | Senior Assistant Attorney General |
| 5334 S. Prince Street | Jennifer L. Carty |
| Littleton, CO 80120-1136 | Assistant Attorney General |
| Telephone: (303) 795-4639 | Colorado Attorney General's Office |
| wmott@arapahoegov.com | 1300 Broadway, 6th Floor |
| rtaylor@arapahoegov.com | Denver, Colorado 80203 |
| | Telephone: (720) 508-6157 |
| | aaron.pratt@coag.gov |
| | jennifer.carty@coag.gov |
| | allison.ailer@coag.gov |

*Attorneys for Defendants Arapahoe County Department of Human Services, Michelle Dossey, and the Arapahoe County Board of County Commissioners*

*Attorneys for Defendant Barnes*

By:   *s/ Suzanne Taheri*
Suzanne Taheri
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
Telephone: (303)263-0844
st@westglp.com

Kristine L. Brown
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Telephone: (720) 285-9552
kristiburtonbrown@gmail.com

*Attorneys for Plaintiff*

3

## Certificate of Service

This is to certify that on the 14th day of August, 2023, I electronically filed the foregoing **JOINT MOTION TO VACATE SCHEDULING CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es) and or U.S. Mail to:

Suzanne Taheri
st@westglp.com

Kristine L. Brown
kristiburtonbrown@gmail.com

Aaron J. Pratt
aaron.pratt@coag.gov

Jennifer L. Carty
jennifer.carty@coag.gov

Allison R. Ailer
allison.ailer@coag.gov

*s/ Stacy Hines*
Stacy Hines, Paralegal
Arapahoe County Attorney's Office