IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-KAS

K.A.,

    Plaintiff,

v.

MICHELLE BARNES, Executive Director of the Colorado Department of Human Services, in her official capacity,
ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD & ADULT PROTECTION SERVICES,
MICHELLE DOSSEY, Division Manager of the Arapahoe County Department of Human Services, Division of Child & Adult Protection Services, in her official capacity, and
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Conference** [#25] (the "Motion"). Given the stay of discovery in this case imposed on July 31, 2023, *see Order* [#22],

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The Scheduling Conference set for September 26, 2023, at 9:30 a.m. is **VACATED**. It will be reset, if appropriate, following resolution of the motion(s) to dismiss. *See Order* [#22] at 4.

    Dated: August 15, 2023