GRANTED BY COURT
06/16/2021

*[signature]*

RONALD M MULLINS
Senior Judge

DATE FILED: June 16, 2021 1:37 PM
CASE NUMBER: 2021CV30827

| | |
|---|---|
| DISTRICT COURT, Arapahoe County, Colorado<br><br>Arapahoe County Justice Center<br>7325 s. Potomac Street<br>Centennial, Colorado 80112 | |
| C███████ P████,<br>Petitioner,<br><br>v.<br><br>Tyler Brown, in his Official Capacity as Arapahoe County Sheriff,<br>Petitioner. | COURT USE ONLY<br><br>▲ ▲<br><br>Case Number: 2021CV030827 |
| Attorney for Petitioner:<br>Suzanne Taheri-Staiert, No. 23411<br>Maven Law Group<br>1600 Broadway, Suite 1600<br>Denver, CO 80202<br>Phone Number: (303) 263-0844<br>Email: staheri@mavenlawgroup.com | Division        Courtroom |

**NOTICE OF DISMISSAL PURSUANT TO C.R.C.P. 41**

C███████ P████ ("Petitioner") through counsel, submits a Notice of Dismissal Pursuant to C.R.C.P. 41(a)(1). As grounds therefore Petitioner states the following:

1. Petitioner filed a Writ of Habeas Corpus on May 9, 2021.
2. On June 12, 2021 Petitioner completed the sentence that was the subject of the Writ of Habeas Corpus.
3. To date, the Court has not issued the Writ to the Arapahoe County Sheriff.

Respectfully submitted this 14th day of June 2021.

By: *s/ Suzanne Taheri*

Suzanne Taheri

1

Exh. A-3