IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-01558-NWY-KAS

K.A.

     Plaintiff,

v.

MICHELLE BARNES, et al.

     Defendants.

---

## NOTICE OF ERRATA

---

TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:

PLEASE TAKE NOTICE that Defendant Barnes hereby respectfully submits this Notice of Errata in her Motion to Dismiss.

Due to a tracked changes editing error, a previously removed case citation was inadvertently left in the Motion causing it to exceed the page limit.  The corrected Motion is attached hereto. The substance of the attached Corrected Motion to Dismiss is identical to the Motion earlier filed on August 28, 2023, and merely removes the citation caused by the tracked changes error.

WHEREFORE, Defendant Michelle Barnes respectfully requests the Court review this Notice of Errata and accept the attached Corrected Motion to Dismiss.

Respectfully submitted this 28th day of August 2023.

PHILIP J. WEISER
Attorney General

s/ Jennifer L. Carty
JENNIFER L. CARTY* 48991
Assistant Attorney General
AARON J. PRATT* 42291
Second Assistant Attorney General
ALLISON R. AILER* 33008
Senior Assistant Attorney General II
1300 Broadway
Denver, CO  80203
Telephone: (720) 508-6600
Emails: jennifer.carty@coag.gov
aaron.pratt@coag.gov
allison.ailer@coag.gov
*Counsel of Record
Attorneys for Defendant Barnes

<u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **NOTICE OF ERRATA** upon all parties

herein by e-filing with the CM/ECF system maintained by the court or by depositing

copies of same in the United States mail, first-class postage prepaid, at Denver,

Colorado, this 28th day of August 2023 addressed as follows:

Suzanne Taheri
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
E-mail: st@westglp.com

Kristine L. Brown
8700 E. Jefferson Ave.
Denver, CO 80237
E-mail: kristiburtonbrown@gmail.com

*Attorneys for Plaintiffs*

Rebecca M. Taylor
Writer Mott
Senior Assistant County Attorney
Arapahoe County Attorney's Office
5334 S. Prince St.
Littleton, CO 80120
Rtaylor@arapahoegov.com  Wmott@arapahoegov.com

*Attorneys for Defendants Arapahoe County Department of Human Services,*
*Michelle Dossey, and the Arapahoe County Board of County Commissioners*

*s/ Bonnie Smith*