## Declaration of Kristin Nichols

1. My name is Kristin Nichols.
2. From March 2017 to January 2021 I was in a relationship with Robin Niceta. From April 2017- January 2021 Niceta and I resided together in the same household.
3. Niceta was employed as a caseworker for Arapahoe County, child services starting in May 2017.
4. Niceta had a close friendship with a colleague Sarah Yarbrough. My daughter would call her "Aunt Sarah".
5. Niceta told me of meetings in chambers for lunch with judges ahead of hearings to decide how cases would be decided. Niceta said this made her uncomfortable.
6. When I asked Niceta why they had hearings if it was already decided, she said the law required they go through with the hearing.
7. During the Covid-19 pandemic, court hearings were done online and Niceta would attend the hearings remotely in our home.
8. Many of the hearings also involved Chase and Yarborough. During the hearings Niceta would communicate by text message with the other participants commenting on the evidence. In these texts they would disparage witnesses. Robin would show me these text messages because she thought they were funny.
9. My relationship with Niceta ended on January 10 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2023.

*Kristin Nichols*

Kristin Nichols