IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-NYW-KAS

K.A.,

Plaintiff

v.

MICHELLE BARNES, et al.,

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE IN EXCESS OF 15 PAGES**

Plaintiff, by and through undersigned counsel, respectfully move the Court for leave to file an additional 15 pages Memorandum of Law in support for the reasons set forth herein.

Local Rule 10.1(c)(a) states:

> Excluding motions filed under Rule 56 or Rule 65 of the Federal Rules of Civil Procedure; Objections to Magistrate Judge Recommendations and Orders and responses to Objections, which are addressed in Civ. Practice Standard 72.3(c); and motions and briefs filed in patent infringement, invalidity and unenforceability actions pursuant to

D.C.COLO.LPtR 17, all motions, objections, responses, and concomitant briefs shall not exceed fifteen (15) pages.

Plaintiff makes this Motion for additional pages in order to fully present legal arguments related to the argument of the parental alienation theory relied upon by Defendants in the permanent termination of Plaintiff's parental rights.

Plaintiff has filed a consolidated Response to both Defendants motions to Dismiss within the fifteen (15) pages allotted. Both Defendants were allotted the fifteen (15) pages each while Plaintiff only had (15) pages combined. Plaintiff attempted diligently to stay within the page limit but the complexity and importance of the issue presented in the Memorandum of Law necessitates a further explanation.

Counsel for Plaintiff has communicated with County and State Defendants who oppose this Motion.

Wherefore, for all the reasons set forth above, Plaintiff respectfully request that this Court grant its motion for leave to file an over-length motion with memorandum in support.

Respectfully submitted on this 20th day of September, 2023.

/s/ Suzanne Taheri
**Suzanne Taheri**
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
Phone Number: (303) 263-0844
E-mail: st@westglp.com
*Attorney for Plaintiff*

/s/ Kristine L. Brown
**Kristine L. Brown**
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Phone Number: (720) 285-9552
kristiburtonbrown@gmail.com
*Attorney for Plaintiff*