# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-NYW-KAS

K.A.,

Plaintiff

v.

MICHELLE BARNES, et al.,

Defendants.

## (PROPOSED) ORDER

### ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA

Having fully considered Plaintiff's Motion for Leave to File in Excess of 15 Pages, Plaintiff's Motion is hereby GRANTED.

**SO ORDERED**

Dated: _____          _____
                                Hon. Kathryn A. Starnella
                                United States Magistrate Judge