IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1558

K.A., Plaintiff

v.

MICHELLE BARNES, Executive Director of Colorado Department of Human Services, in her official capacity, ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD AND ADULT PROTECTION SERVICES, MICHELLE DOSSEY, Division Manager of the Arapahoe County Department of Human Services, Division of Child & Adult Protection Services, in her official capacity and the ARAPAHOE COUNTY BOARD OF COMMISSIONERS, Defendants.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, by and through her attorneys, respectfully request leave to amend their Complaint pursuant to F.R.C.P. Rule 15.

Pusuant to D.C. Colo.LCivR 7.1 (a), Plaintiff has provided the proposed amended complaint and conferred with Counsel for the Department of Human Services and Counsel for Arapahoe County. All Defendants object to the Motion.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "The court should freely give

leave when justice so requires." in the absence of futility, unduedelay, bad faith or dilatory motive on the part of the plaintiff, leave to amend should be"freely given." *Foman v. Davis,* 371 U.S. 178, 182 (1962); *see also* Fed. R. Civ. P.15(a)(2) ("The court should freely give leave when justice so requires.").

The rule prescribes a liberal policy of amendment and encourages the courts to look favorably on requests to amend. Amendments to pleadings should be granted in accordance with the overriding purpose of the Rules of Civil Procedure, which "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180,1183 (10th Cir. 2009).

"Rule 15 . . . was designed to facilitate the amendment of pleadings except where prejudice to the opposing party would result." *United States v. Hougham*, 364 U.S. 310, 316, 81 S. Ct. 13, 5 L. Ed. 2d 8 (1960). Typically, courts will find prejudice only when an amendment unfairly affects non-movants "'in terms of preparing their [response] to the amendment.'" *Minter v. Prime Equipment Co*., 451 F.3d 1196, 1208 (10th Cir. 2006) (quoting *Patton v. Guyer*, 443 F.2d 79, 86 (10th Cir. 1971)).

Here, justice requires that this Court grant Plaintiff's Motion. This is Plaintiffs' first request to amend his Complaint. Plaintiff only recently had access to the information contained in the declaration and the Amended portions of the complaint. The amendment relate only to the new information. The request is made in good faith to fully resolve the disputes between the parties.

Further, Plaintiffs have not unduly delayed in seeking to amend their Complaint. Discovery has been stayed and and a trial is not scheduled. Accordingly, the proposed amendment will not

prejudice Defendant or the Court and will not cause any delay in these proceedings generally or any currently scheduled proceedings.

WHEREFORE, Plaintiffs respectfully requests that the Court grant this Motion for Leave to Amend Complaint. A redline version of the proposed additions and deletions to be made to the original Complaint are attached hereto as is a "clean" copy of the proposed First Amended Complaint. All previously submitted exhibits to the original complaint would be incorporated intothe First Amended Complaint under the same exhibit names.

RESPECTFULLY SUBMITTED THIS 19th DAY OF January, 2024.

/s/ Suzanne Taheri
**Suzanne Taheri**
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
Phone Number: (303)263-0844
E-mail: st@westglp.com

/s/ Kristine L. Brown
**Kristine L. Brown**
8700 E. Jefferson Ave. #370953
Denver, CO 80237
Phone Number: (720) 285-9552
E-mail: kristiburtonbrown@gmail.com

*Attorneys for Plaintiff K.A.*