**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01558-KLM

K.A.,

Plaintiff

v.

MICHELLE BARNES, et al.,

Defendants.

**(PROPOSED) ORDER**

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

Having fully considered Plaintiff's Motion for Leave to File First Amended Complaint in is hereby GRANTED.

**SO ORDERED**

Dated: _____          _____
                                Hon. Kathryn A. Starnella
                                United States Magistrate Judge