IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-NYW-KAS

**K.A.,**

    Plaintiff,

v.

**MICHELLE BARNES**, et. al.

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendants, Arapahoe County Department of Human Services ("ACDHS"), ACDHS Division Manager Michelle Dossey ("Ms. Dossey"), in her official capacity only, and Defendant Executive Director of the Colorado Department of Human Services ("CDHS") Michelle Barnes ("Ms. Barnes"), in her official capacity only (collectively, "Defendants"), through their respective counsel, hereby jointly submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to File Amended Complaint and state:

    1.    **Certificate of Conferral**.  Undersigned counsel conferred with Plaintiff's counsel.  Plaintiff does not oppose the request for extension of time.

    2.    On January 19, 2024, this Court issued a Memorandum Opinion and Order granting Defendants' Motions for Dismissal without prejudice and permitting Plaintiff to renew her request for leave to file an amended pleading no later than February 02, 2024. [Doc. 46]

3. Plaintiff filed a Motion for Leave to File an Amended Complaint on February 02, 2024, along with six additional documents, including a Proposed Amended Complaint, multiple affidavits, and a memorandum on parental alienation. [Doc 47, 47-1 to 47-6].

4. The response to the Motion for Leave to File an Amended Complaint is currently due on or before February 23, 2024. *See* D.C.COLO.LCivR 7.1(d). Defendants seek a 14-day extension of time to respond to Plaintiff's Motion for Leave to File an Amended Complaint.

5. Good cause exists to grant this Motion. This request is not made with the purpose of undue delay. Rather, Defendants seek additional time to assess whether Plaintiff has successfully addressed and overcome the multi-basis dismissal articulated in the Court's previous Order. Likewise, Defendants must analyze Plaintiff's newly asserted requests for relief. The Defendants intend on filing comprehensive responses, which may dispose of this matter.

6. No party will be prejudiced by granting this request because this matter is not set for a Scheduling Conference nor has discovery commenced.

7. This request furthers the purpose of Fed. R. Civ. P. 1, which states the Federal Rules of Civil Procedure should be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Extending this deadline will promote the goal of trying cases on the merits. *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016). Further, this is the Defendants' first request for an extension of time post-Order of dismissal.

WHEREFORE, based on the reasons set forth above, Defendants respectfully request this Court enter an order extending the deadlines for its responsive pleading to the Motion for Leave to File an Amended Complaint to March 08, 2024.

Respectfully submitted this 20th day of February, 2024.

       /s/ Jennifer L. Carty
Aaron J. Pratt
Second Assistant Attorney General
Jennifer L. Carty
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6157
Email: jennifer.carty@coag.gov,
aaron.pratt@coag.gov
*Attorneys for Defendant Barnes*
*Counsel of Record

     /s/ Rebecca Taylor
Arapahoe County Attorney's Office
Writer Mott
Deputy County Attorney
Rebecca M. Taylor
Senior Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80120-1136
Phone: (303) 795-4639
wmott@arapahoegov.com
rtaylor@arapahoegov.com
*Attorney for Defendants*
*Arapahoe County Department of Human Services, Michelle Dossey, and the Arapahoe County Board of County Commissioners*

## CERTIFICATE OF SERVICE

I certify that on February 20, 2024, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Suzanne Taheri
West Law Group
6501 E. Belleview, Suite 375
Denver, CO 80111
E-mail: st@westglp.com

Kristine L. Brown
8700 E. Jefferson Ave.
Denver, CO 80237
E-mail: kristiburtonbrown@gmail.com

*Attorneys for Plaintiffs*

Rebecca M. Taylor
Writer Mott
Senior Assistant County Attorney
Arapahoe County Attorney's Office
5334 S. Prince St.
Littleton, CO 80120
Rtaylor@arapahoegov.com   Wmott@arapahoegov.com

*Attorneys for Defendants Arapahoe County Department of Human Services, Michelle Dossey, and the Arapahoe County Board of County Commissioners*

                                        *s/ Bonnie Smith*