IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01558-NYW-KAS

K.A.,

    Plaintiff,

v.

MICHELLE BARNES, in her official capacity,
ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD
AND ADULT PROTECTION SERVICES,
MICHELLE DOSSEY, in her official capacity, and
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order entered by United States District Judge Nina Y. Wang on April 23, 2024 [Doc. 53], it is

    ORDERED that the Motion for Leave to File Amended Complaint [Doc. 47] is DENIED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff.  It is

    FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 23rd day of April, 2024.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Emily Buchanan
                        Emily Buchanan, Deputy Clerk