# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-01558-NYW-KAS

K.A.,

       Plaintiff,

v.

MICHELLE BARNES, in her official capacity, ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD AND ADULT PROTECTION SERVICES, MICHELLE DOSSEY, in her official capacity, and ARAPAHOE COUNTY BOARD OF COMMISSIONERS,

       Defendants.

---

## NOTICE OF APPEAL FROM FINAL JUDGMENT

---

K.A. appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on April 23, 2024.

Dated:  May 1, 2024.

    /s/ Suzanne Taheri
    **Suzanne Taheri**
    West Law Group
    6501 E. Belleview, Suite 375
    Denver, CO 80111
    Phone Number: 303-263-0844
    Email: st@westglp.com